UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Sabrina Keitt
                Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:21-cr-113-PMH

Defendant Sabrina Keitt hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☒    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

/s/ Sabrina Keitt
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

SABRINA KEITT
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

JOSEPH A. VITA
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/17/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge