UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :     **RESCHEDULING ORDER**
                                   :
                                   :     21 CR 113 (PMH)
**Sabrina M Keitt**                :
           Defendants.  :
------------------------------------------------------------x

A **Status Conference** in this matter has been rescheduled to **August 3, 2021 at 3:00pm.** Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel.

**Members of the press and public may call the same number below but will not be permitted to speak during the conference.**

Accordingly, it is hereby ORDERED:

1. Defense counsel shall advise the Court in writing by 7/27/2021 as to whether their clients waive their right to be physically present and consent to appear by telephone.

2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number**:    **(888) 398-2342**
    **Access Code:**      **3456831**

Dated: June 4, 2021         SO ORDERED:

                                                                                _____
                                                                             Philip M. Halpern, U.S.D.J