UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Sabrina M Keitt,**
              Defendants.

------------------------------------------------------------x

**SCHEDULING ORDER**

7-21-cr-00113-2-PMH

    Sentencing in this matter is scheduled to April 17, 2023 at 11:00 am in Courtroom 520 at the White Plains Courthouse.

    Defendant's submission is due on 4/3/2023. Government's submission is due by 4/10/2023.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: September 26, 2022

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J