UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Sabrina M Keitt,**
                Defendants.

------------------------------------------------------------x

**RESCHEDULING ORDER**

7- 21-cr-00113-2- PMH

    Sentencing in this matter is rescheduled to <u>April 17, 2023 at 4:00 pm</u> in Courtroom 520 at the White Plains Courthouse.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 13, 2022        SO ORDERED:

                                                  Philip M. Halpern, U.S.D.J