UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA        :

                                     :

v.                             :

                                     :

SABRINA KEITT,        :

                                   :

               Defendant.     :
------------------------------------------------------------x

**SCHEDULING ORDER**

21-cr-00113-2 (PMH)

A VOSR Status Conference is scheduled for May 19, 2026 at 10:00 a.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
      May 11, 2026

_____
Philip M. Halpern
United States District Judge