UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SABRINA KEITT,

Defendant.

21 CR 113-2 (PMH)

**ORDER**

For the reasons set forth on the record at the June 25, 2026, hearing in this matter, it is hereby ORDERED that the Defendant, SABRINA KEITT, be released from the custody of the United States Marshals Service, by 9:00 a.m. on June 30, 2026.

IT IS FURTHER ORDERED that, on June 30, 2026, a member of the Probation Office will escort the Defendant, SABRINA KEITT, from the White Plains Courthouse to transportation approved by the Probation Office that will take her to inpatient substance abuse treatment at Samaritan Daytop Village, as ordered by the Court;

IT IS FURTHER ORDERED that the Defendant, SABRINA KEITT, shall continue to participate in inpatient substance abuse treatment at Samaritan Daytop Village for a period of ninety (90) days, or for such a duration as determined by the Probation Office in collaboration with Samaritan Daytop Village; and

IT IS FURTHER ORDERED that Defendant, SABRINA KEITT, or a representative from Samaritan Daytop Village on her behalf, must contact the Probation Office every other day to confirm her attendance and participation in the substance abuse program. The Probation Officer shall write a status letter to the Court at the end of every week confirming Defendant's attendance and participation in the program.

Dated: White Plains, New York
     June 26, 2026

SO ORDERED:

_____

Philip M. Halpern
United States District Judge