UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SABRINA KEITT,

Defendant.

**SCHEDULING ORDER**

21-cr-00113-2 (PMH)

The VOSR Status Conference scheduled for October 13, 2026 is advanced to August 27, 2026 at 2:30 p.m. and converted to an admission and sentencing hearing to be held in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time. By August 20, 2026, the parties shall submit either joint or separate letters setting forth the specification(s) the defendant intends to admit and their position(s) regarding sentencing.

**SO ORDERED:**

Dated: White Plains, New York
July 29, 2026

Philip M. Halpern
United States District Judge